LUDWIG VOGELSTEIN and Another, Copartners, etc., Appellants, v. POPE METALS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE MARCKS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH SHEPPARD, Respondent, v. NICHOLS COPPER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

COSMOPOLITAN BANK, Respondent, v. AUBREY G. HUTCHESON, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARY SCHIEMANN, as Administratrix, etc., Respondent, v. MUSICAL MUTUAL PROTECTIVE UNION, Impleaded with MICHAEL NAUGHTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NICKOLAUS LABERHEIM, Appellant, v. GEORGE EHRET, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

JOSE M. AMEZAGA, Respondent, v. CELESTINO FERNANDEZ and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM H. HARVEY, Appellant.— Judgment and orders affirmed. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ELIZABETH McM. GODLEY, Respondent, v. CRANDALL & GODLEY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs as stated in order. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

CHARLES EMERSON COOK, Appellant, v. THE VITAGRAPH COMPANY OF AMERICA, Respondent.— Order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ANNIE E. HAZLETT, Respondent, v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MALONEY and JOHN FERRICK, Appellants.— Judgment affirmed. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.